IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JONATHAN SEIF
ADC # 151680                                                                                            PLAINTIFF

v.                               Case No. 5:15-cv-00160-KGB-JJV

WENDY KELLY, Director,
Arkansas Department of Correction; *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby dismissed.

SO ADJUDGED this 8th day of January, 2016.

_____
Kristine G. Baker
United States District Judge